UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ALICIA BRUCATO,<br>Plaintiff,<br><br>v.<br><br><br>METABOLIFE INTERNATIONAL, INC.,<br>THE CHEMINS COMPANY, INC. , AND<br>GN OLDCO CORPORATION F/K/A<br>GENERAL NUTRITION CORPORATION,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | DOCKET NO: 05CV10870JLT |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter our appearance on behalf of the Defendant, Metabolife International, Inc.

Respectfully Submitted,


/s/Michael J. Racette
Nicholas P. Alexander, BBO#544173
Michael J. Racette, BBO #555350
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

1145381v1