UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALICIA BRUCATO,<br>Plaintiff,<br><br>v.<br><br><br>METABOLIFE INTERNATIONAL, INC.,<br>THE CHEMINS COMPANY, INC., AND<br>GN OLDCO CORPORATION F/K/A<br>GENERAL NUTRITION CORPORATION,<br>Defendants. | DOCKET NO: 05CV10870JLT |

**RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT,
METABOLIFE INTERNATIONAL, INC.,**

In accordance with Local Rule 7.3, the Defendant, Metabolife International, Inc., states that it has no corporate parent, and, that no publicly held company owns ten percent or more of its stock.

Respectfully submitted,

The Defendant,
Metabolife International, Inc.
By Its Attorneys,


/s/Michael J. Racette
Nicholas P. Alexander, BBO No. 544173
Michael J. Racette, BBO No. 555350
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

1145389v1